UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BANK OF AMERICAN NATIONAL ASSOCIATION,<br><br>               Plaintiff,<br><br>   v.<br><br>JAN SAMZELIUS,<br><br>              Defendant.<br>_____/ | No. C 12-4108 MEJ<br><br>**ORDER RE: MOTION TO CONSOLIDATE** |

On August 7, 2012, Defendant Jan Samzelius filed a motion to consolidate this case with *Samzelius v. Bank of America*, C-12-3295 EDL, with a noticed hearing date of October 4, 2012 before the undersigned magistrate judge. Samzelius is the plaintiff in the lower-numbered case, which is pending before Magistrate Judge Elizabeth Laporte. However, in addition to the motion to consolidate, Samzelius has also filed an Administrative Motion to Consider Whether Cases Should be Related in the lower-numbered case before Magistrate Judge Laporte. Accordingly, in order to avoid duplicative and potentially inconsistent results, the Court hereby VACATES the October 4 hearing date and STAYS briefing related to the motion to consolidate. If Magistrate Judge Laporte determines that these two cases are not related, Samzelius shall re-notice the motion to consolidate before the undersigned magistrate judge.

**IT IS SO ORDERED.**

Dated: August 8, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge