UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICAN NATIONAL ASSOCIATION AS SUCCESSOR BY MERGFER TO LASALLE BANK NATIONAL ASSOCIATION

      Plaintiff(s),

    v.

JAN SAMZELIUS

      Defendant(s).

_____/

No. 12-04108 EDL

ORDER SETTING CASE MANAGEMENT CONFERENCE

[Reassigned Case]

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Elizabeth D. Laporte for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on October 2, 2012, at 9:00 a.m., to be heard with related case, 12-cv-4108-EDL, in Courtroom E, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead trial counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. Pursuant to Civil Local Rule 16-9(a) and the Court's March 1, 2007 Standing Order for all Judges of the Northern District of California regarding Contents of Joint Case Management Conference, the parties shall meet and confer and file a joint case management statement and proposed order no later than September 25, 2012. The statement shall also include disclosure of nonparty interested entities or persons pursuant to Civil L.R. 3-16. If any party is proceeding without counsel, separate statements may be filed by each party.

All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**EDL**." One copy shall be clearly marked as a <u>chambers</u> copy.

IT IS SO ORDERED.

Dated: August 27, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge