IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICAN NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION,

    Plaintiff,

 v.

JAN SAMZELIUS,

    Defendants.
    _____/

No. 12-04108 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On September 21, 2012, Plaintiff's and Defendants' counsel filed a request to appear telephonically at the initial case management conference set for October 2, 2012 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: September 24, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge